B. Kristian Rasmussen
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue South, Suite 200
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896 Facsimile
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | **MDL No. 1699** |
| | **District Judge: Charles R. Breyer** |
| **This Document Relates To:** | |
| *Margaret Lyons v. Pfizer Inc., et al.,* (06-7738 CRB) | |
| *Geraldine Holder v. Pfizer Inc., et al.,* (07-0108 CRB) | |
| **Plaintiffs** | **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **PFIZER INC., PHARMACIA CORP., And G. D. SEARLE & CO.** | |

COME NOW the Plaintiffs and Defendants, by and through their undersigned attorneys, pursuant to the Federal Rule of Civil Procedure, Rule 41, and hereby Stipulate to dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Respectfully submitted this the 5th day of February, 2010

| Defendants | Plaintiff |
|---|---|
| By: /s/ | By: /s/ |
| Stuart B. Gordon, Esq. | Kristian Rasmussen, Esq. |
| Matt Holian, Esq. | Cory Watson Crowder & DeGaris, P.C. |
| DLA Piper LLP (USA) | 2131 Magnolia Avenue |
| 1251 Avenue of the Americas | Birmingham, AL 35205 |
| New York, NY 10020 | (205) 328-2200 |
| (212) 335-4846 (office) | (205) 324-7896 (facsimile) |
| (212) 884-8675 (facsimile) | |
| Attorney for the Defendants | Attorney for the Plaintiffs |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this ___ day of FEB 17 2010 ___, 2010, in San Francisco, California.

CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esq.
Matt Holian, Esq.